```
                                              ┌──────FILED──────────LODGED─┐
                                              │                   RECEIVED │
         UNITED STATES DISTRICT COURT          │      DEC 2 0 2010          │
       WESTERN DISTRICT OF WASHINGTON, TACOMA  │   CLERK U.S. DISTRICT COURT│
                                              │WESTERN DISTRICT OF WASHINGTON AT TACOMA│
                                              │BY                    DEPUTY│
                                              └────────────────────────────┘
```

**CV 10 5919** RBL

BARBARA STUART ROBINSON
   PLAINTIFF,                      )
                                   )   CASE NO: 10-5919-RBL
                                   )
VS                                 )   **EXTORTION**
                                   )
                                   )
NW ADVANCED COMMUNITCATIONS SERVICES CORP, )
( ACS), ACS CORPORATION, ACS INC., )
            DEFENDANTS.            )
_____)

**JURISDITION:** Plaintiff resides in the city of Tacoma, Washington and was employed from the City of Tacoma, Washington and this court is given subject matter jurisdiction over this matter.

Defendant is a Corporation doing business in the City of Federal Way Washington hiring employees from Tacoma Washington and this Court has subject matter jurisdiction over the matter of Extortion of Social Federal Benefits.

**FACTS:**

1. ACS Interfered with Federal tax benefits with the use of force.
2. ACS employed the plaintiff on or about December 7, 2010 and intimidated and impeded on my social security tax benefits by the use of criminal trespass RCW 9a.52 on December 18th, 2010.
3. ACS permanently trespassed me from my employment as a employee with the compensation pay rate of 9.0000 by force of the Federal Way Police Department Notice of Permanent trespass, which is valid permanently, interfering with my federal tax Administrations 42 USCS 301 benefits, Social Security Employee Medical and Social Security Administration of Withholdings of Social Security 42 USCS 1320a-8b, corrupting my Retirement and Medical benefits.
4. ACS violated a Federal Protected activity.
5. Because ACS violated a Federal Protected Activity employee lost Social Security Benefits and because ACS Extorted Social Security Benefits, I lost my rate of pay at 9.0000 per hour with 40 hours a week guaranteed scheduled rate from the time of hire for the term of 4 months.

**CAUSE OF ACTION:**

10-CV-05919-CMP

**CAUSE OF ACTION COUNTS ONE:**

1. WRONGFUL TERMINATION

**CAUSE OF ACTION COUNT TWO:**

1. FRAUD

**CAUSE OF ACTION COUNT THREE:**

1. THEFT

**CAUSE OF ACTION COUNT FOUR:**

1. HARRASSMENT

**CAUSE OF ACTION COUNT FIVE:**

1. NEGLIGENCE

**CAUSE OF ACTION COUNT SIX:**

1. ABUSE OF DISCRETION

**STATEMENT OF CLAIM UPON WHICH RELIEF COULD BE GRANTED:**

Extortion is unconstitutional and under US Constitution Article VII 15th amendment section 2 is the power to enforce this Article and the Article 1 section 8 is the Powers of Congress under this Article with power to lay and collect taxes were interfered by statue 42 USCS at 301 of Protected Activities 18 USCS 245b (b) enforceable, since Extortion of Employment Wages were used to force and impede Social Security Benefits loss to wages.

**DAMAGES:**

Lost benefits of the Social Security Administrative Tax

Extorted wages of 40 hours at the rate of $9.0000 per hour with the max of 4 months

**Relief Requested:**

1. Social Security Compensation in the amount of $17.49 per hour by the number of hours extorted ( x40) x the number of months guaranteed ( 4 months ).

2. Employee Medical compensation in the amount of $4.09 per hour by the number of hours extorted ( x 40) x the number of months guaranteed ( 4 months ).
3. Reimbursement of the Extorted hours of 40 per week at the compensation rate of 9.000 per hour for the time of total to 4 months that was guaranteed ( 4 months).

A. Wrongful termination Count One relief in the amount of $46,000 per count

B. Fraud Count One relief in the amount of $30,000 per count

C. Theft Count One relief in the amount of $15,000 per count

D. Harassment Count One relief in the amount of 15,000 per count

E. Negligence Count One relief in the amount of $ 36,000 per count

F. Abuse of Discretion Count One Relief in the amount of $ 35, 000 per count

**EVIDENCE RELIED UPON:**

1. PERMANENTLY NOTICE OF NO TRESPASS TICKET 133 ( FEDERAL WAY 12-18-10).

Dated this 20th day of December, 2010.

BARBARA STUART ROBINSON
PRO SE
P.O. BOX 660
TACOMA , WASHINGTON 98401
253 -355-8840

# NOTICE OF TRESPASS - PERMANENT

Date: _____ Case No. _____

From: _____

The below-named person has been informed that he/she is forbidden to enter the above-listed property. To enter such property may result in prosecution under RCW 9A.52 and related municipal code section(s). A violation by entry upon the listed property may result in a fine, imprisonment, or both.

## THIS NOTICE IS VALID PERMANENTLY

Subject Signature: _____

Name: _____
       Last              First              Middle

Address: _____

City/State/Zip: _____

Phone: _____

Birth Date: _____

Race: _____   ☐ Male   ☐ Female

Ht: _____  Wt: _____  Eyes: _____  Hair: _____

ARRESTED?   ☐ Yes   ☐ No

REASON FOR TRESPASS:

_____

_____

_____

_____

On oath, the below officer states that on the above date, a copy of this notice was given to the above-listed subject.

Officer: _____   ID #: _____

White copy - Records   Yellow copy - Business   Pink copy - Subject

Permanent Notice of Trespass 133

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

Livebridge, Inc.
2828 N. Haskell
Dallas, TX 75204

BARBARA A. STUART ROBINSON
P.O. BOX 660
TACOMA, WA 98401

| | | |
|---|---|---|
| Win ID | 20431167 | FIT  S 6 |
| Location | WA0014 | SIT res  S 6 |
| BUS. UNIT | C22200 | SIT work  S 6 |
| GL COMPANY | 07865A | |
| DEPARTMENT | S07117 | |
| CHECK SORT | 007440 | |

| | |
|---|---|
| Check No | 40331420 |
| Check Date | 12/17/2010 |
| Period End | 12/10/2010 |
| Paygroup | ACS005 |
| Job | 150010 |
| Pay Rate | 9.0000 |

## EARNINGS

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Regular Pay 4 | 31.35 | 282.15 | 282.15 |

## DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|

## TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Employee Medica | 4.09 | 4.09 |
| Social Security | 17.49 | 17.49 |

## COMPANY MESSAGE

*Denotes PreTax Deduction

## MISCELLANEOUS

| | Current | YTD |
|---|---|---|

## EMPLOYEE ACCRUALS

| | Accrual | Balance |
|---|---|---|
| Paid Time Off | 1.21 | 1.21 |

## NET PAY DISTRIBUTION

| | HOURS | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|
| CURRENT | 31.35 | 282.15 | 21.58 | 0.00 | 260.57 |
| YTD | 31.35 | 282.15 | 21.58 | 0.00 | 260.57 |

Check Amount   260.57
Total Net Pay  260.57

Your Training will begin on: 10.14.10   12-6-2010

Your Training Hours are: 6:30pm 3-11:30

Your Training Days are: Tues-Sat

The VZW project is 8 weeks long, 5 weeks of training followed by 3 weeks of nesting. Nesting may require an adjustment in your work hours.

Nesting is from 10:30 AM to 7:00 PM

Schedules are based on business need. The schedule that you receive during training will be your schedule for about 4 months. Schedule restrictions discussed during your interview were for informational purposes only. You were hired with the understanding of open availability. This means that we require you to be available to work any shift within our hours of operation.

PLEASE MAKE SURE TO BRING THIS BOOKLET WITH YOU ON YOUR FIRST DAY.

CHECKLIST

- DO DRUG SCREEN WITHIN 24 HOURS
- BRING IN YOUR ID DOCUMENTS WITHIN 48 HOURS
- DO NEW HIRE PAPERWORK WITHIN 48 HOURS
- SENT CONFIRMATION EMAIL THE THURSDAY BEFORE YOUR CLASS STARTS

16